IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZAAMAR STEVENSON, | Civil Action No. 18 – 255 |
| Petitioner, | |
| v. | District Judge Mark R. Hornak |
| | Magistrate Judge Lisa Pupo Lenihan |
| PENNSYLVANIA STATE PAROLE BOARD and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, | |
| Respondents. | |

## ORDER

AND NOW, this 12th day of June 2018, after the Petitioner, Zaamar Stevenson, filed a Petition for Writ of Habeas Corpus in the above-captioned case, and after a Motion to Dismiss the Petition for Writ of Habeas Corpus, (ECF No. 4) was filed by the Respondents, and after a Report and Recommendation, (ECF No. 8), was filed by the United States Magistrate Judge recommending that the Motion to Dismiss be granted and that the Petition for Writ of Habeas Corpus be dismissed as untimely and a Certificate of Appealability be denied, and after the parties were served with the Report and Recommendation and informed that written Objections were due by June 11, 2018, and Petitioner having filed timely Objections on June 5, 2018, (ECF No. 9) and a Motion seeking a Certificate of Appealability on that same date, (ECF No. 10), and upon consideration of Petitioner's Objections and the Magistrate Judge's Report and Recommendation,

IT IS HEREBY ORDERED that, for the reasons set forth in the Report and

1

Recommendation (ECF No. 8), that is hereby adopted as the Opinion of the Court, the Motion to Dismiss filed by the Respondents (ECF No. 4) is granted and the Petition for Writ of Habeas Corpus (ECF No. 1) is dismissed as untimely.

IT IS FURTHER ORDERED that Petitioner's Motion for a Certificate of Appealability (ECF No. 10) is denied.

IT IS FURTHER ORDERED that the Clerk mark this case closed.

AND IT IS FURTHER ORDERED that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if Petitioner wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

MARK R. HORNAK
United States District Judge

cc: Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Zaamar Stevenson
38168068
NOCC
2240 Hubbard Road
Youngstown, OH 44505